IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENNETH RAY PITTS
ADC #085938                                                                   PLAINTIFF

v.                              No. 4:26-cv-411-DPM

DEXTER PAYNE, Director, ADC;
CALDWELL, Records Supervisor, ADC;
RT BALL, Warden, East Arkansas
Regional Unit, ADC;  JOHN C. HAYNES,
Major, Chief of Security, East Arkansas
Regional Unit, ADC;  DEBORAH L.
GOODWIN, Hearing Officer,
Disciplinary Hearing Administrator,
ADC;  and DOES, Hearing Officer,
Disciplinary Hearing Administrator, ADC            DEFENDANTS

ORDER

1.     The Court withdraws the reference.

2.     Pitts is a three-striker.  Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim.  *E.g., Doc. 3* in *Pitts v. Moore*, No. 4:06-cv-1305-JLH;  *Doc. 10 & 13* in *Pitts v. Johnson*, No. 5:99-cv-71-JMM;  and *Doc. 5 & 10* in *Pitts v. Brownlee*, No. 5:99-cv-178-HW. And nothing in Pitts's complaint, *Doc. 2*, or his objection, *Doc. 4*, suggests he's currently in imminent danger of serious physical injury.  28 U.S.C. § 1915(g).

3.    On 27 April 2026, the Court gave Pitts thirty days to pay the $450 statutory filing fee. *Doc. 3.* He hasn't paid the statutory filing fee; and the time to do so has passed. Pitts's complaint will therefore be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
4 June 2026