# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

KENNETH RAY PITTS
ADC #085938                                                          PLAINTIFF

v.                          No. 4:26-cv-411-DPM

DEXTER PAYNE, Director, ADC;
CALDWELL, Records Supervisor, ADC;
RT BALL, Warden, East Arkansas
Regional Unit, ADC;  JOHN C. HAYNES,
Major, Chief of Security, East Arkansas
Regional Unit, ADC;  DEBORAH L.
GOODWIN, Hearing Officer,
Disciplinary Hearing Administrator,
ADC;  and DOES, Hearing Officer,
Disciplinary Hearing Administrator, ADC          DEFENDANTS

## JUDGMENT

Pitts's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 June 2026