IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENNETH RAY PITTS
ADC #085938 PLAINTIFF

v. No. 4:26-cv-411-DPM

DEXTER PAYNE, Director, ADC; CALDWELL, Records Supervisor, ADC; RT BALL, Warden, East Arkansas Regional Unit, ADC; JOHN C. HAYNES, Major, Chief of Security, East Arkansas Regional Unit, ADC; DEBORAH L. GOODWIN, Hearing Officer, Disciplinary Hearing Administrator, ADC; and DOES, Hearing Officer, Disciplinary Hearing Administrator, ADC DEFENDANTS

## ORDER

The Court construes Pitts's recent filings as a Fed. R. Civ. P. 60(b) motion and supporting materials. He has also filed a notice of appeal. This Court has jurisdiction, though, to consider Rule 60(b) relief. *Hunter v. Underwood*, 362 F.3d 468, 475 (8th Cir. 2004). Pitts's motion, *Doc. 14*, is denied, for the reasons stated in the Court's earlier Order, *Doc. 5*. He hasn't presented any new facts or law that support allowing his case to go forward.

So Ordered.

D.P. Marshall Jr.
United States District Judge

7 August 2026